IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| KRISTINA STOCKTON, ) <br> ) <br> PLAINTIFF ) <br> ) <br> vs ) <br> ) <br> ) <br> NEWTON COUNTY AMBULANCE ) <br> DISTRICT, ET AL., ) <br> ) <br> DEFENDANTS ) | CASE NO.: 3:20-CV-05035-SRB |

## ENTRY OF APPEARANCE

**COMES NOW** John Anthony Picerno and enters his appearance as co-counsel on behalf of the Plaintiff in the above-captioned cause of action.

Respectfully submitted,

*/s/ John Anthony Picerno*
John Anthony Picerno, MBN: 41861
1301 Oak Street, Suite 605
Kansas City, Missouri 64106
Telephone: 816-471-3330
Mobile: 816-694-7726
Facsimile: 816-396-5680
Email: JPLaw@JohnPicerno.com
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

In accordance with Rule 5(b), Fed. R. Civ. P., it is hereby CERTIFIED that this Entry of Appearance was electronically filed this 27th day of March 2020, and that a copy was sent to all concerned parties, through the Court's Electronic Case Filing System.

*/s/ John Anthony Picerno*
John Anthony Picerno