IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| KRISTINA STOCKTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:20-CV-5035-SRB |
| ) | |
| NEWTON COUNTY AMBULANCE DISTRICT ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is Plaintiff Kristina Stockton's Motion for Leave to File Second Amended Complaint to Join Additional Parties. (Doc. #47.) Plaintiff seeks permission to file a second amended complaint joining the two minor children of her deceased son, Forrest Stockton, as plaintiffs pursuant to Missouri's wrongful death statute, Mo. Rev. Stat. § 537.080(1). Because Defendants do not object and leave should be freely given when justice so requires pursuant to Federal Rule of Civil Procedure 15(a)(2), the Motion is **GRANTED**. The Court directs Plaintiff to file her Second Amended Complaint on or before October 2, 2020.

Plaintiff additionally filed, contemporaneous with the above motion, two pending motions to appoint Next Friends for the newly joined plaintiffs. (Doc. #48, Doc. #49.) Both motions are **GRANTED**. Accordingly, April Nash is hereby appointed as Next Friend for Plaintiff A.C., a minor, and Jamie Hammond is hereby appointed as Next Friend for Plaintiff G.S., a minor.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: October 1, 2020