EXHIBIT 1

# SETTLEMENT BREAKDOWN

**Settlement amounts paid by Defendants:**

| | |
|---|---|
| Newton County Ambulance District: | $ 300,000.00 |
| Newton County: | $ 300,000.00 |
| City of Neosho: | $ 30,000.00 |
| **Total:** | **$ 630,000.00** |

**Settlement amounts to Plaintiffs:**

Kristina Stockton:

| | |
|---|---|
| 1/3 of Total Settlement: | $ 210,000.00 |
| Less Attorneys' Fees 45%: | $ 94,500.00 |
| Less 1/3 of Total Expenses: | $ 7,190.03 |
| **Total Settlement Amount to Client:** | **$ 108,309.97** |

Gatlan Stockton:

| | |
|---|---|
| 1/3 of Total Settlement: | $ 210,000.00 |
| Less Attorneys' Fees 40%: | $ 84,000.00 |
| Less 1/3 of Total Expenses: | $ 7,190.03 |
| **Total Settlement Amount to Client:** | **$ 118,809.97** |

Adelyn Cervin:

| | |
|---|---|
| 1/3 of Total Settlement: | $ 210,000.00 |
| Less Attorneys' Fees 40%: | $ 84,000.00 |
| Less 1/3 of Total Expenses: | $ 7,190.03 |
| **Total Settlement Amount to Client:** | **$ 118,809.97** |