# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# JOPLIN

| | |
|---|---|
| KRISTINA STOCKTON, et al. | ) |
| Plaintiffs, | ) |
| vs. | ) Case No.: 3:20-CV-05035-SRB |
| NEWTON COUNTY AMBULANCE DISTRICT, et al., | ) |
| Defendants. | ) |

## REPORT, RECEIPT OF PAYMENT, AND SATISFACTION OF JUDGMENT APPROVING WRONGFUL DEATH SETTLEMENT

COME NOW Plaintiffs Kristina Stockton, Jaime Hammond (as Next Friend for G.S.), and April Nash (as Next Friend for A.C.), by and through their undersigned counsel of record, and hereby acknowledge receipt from Defendants of payment and Satisfaction of the Judgment Approving Wrongful Death Settlement.

DATED: July 7, 2021.

                    /s/ Christopher S. Gahagan
                    Christopher S. Gahagan    #36729
                    McGonagle Spencer Gahagan, P.C.
                    4505 Madison Avenue, Suite 230
                    Kansas City, MO 64111
                    Chris@McGonagleSpencer.com
                    Phone: (816) 221-2222; Fax: (816) 221-2245

/s/ John Anthony Picerno
John Anthony Picerno #41861
John Anthony Picerno, Attorney at Law
1301 Oak Street, Suite 605
Kansas City, MO 64106
JPLaw@JohnPicerno.com
Phone: (816) 471-3330; Fax: (816) 396-5680

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of July, I electronically filed the foregoing with the Clerk of the Court and that an electronic notice of filing and a copy of the foregoing will automatically be sent to the following:

Christopher P. Rackers
Schreimann, Rackers & Francka, LLC
931 Wildwood Drive, Suite 201
Jefferson City, MO 65109
*Attorneys for Defendants*
*Newton County Ambulance District, Lake and Smith*

Peter F. Rottgers
Shaffer Lombardo Shurin
2001 Wyandotte
Kansas City, MO 64108
*Attorneys for Defendants*
*City of Neosho, Missouri, Doty, Bunch and Howe*

David S. Baker
Fisher, Patterson, Sayler & Smith, LLP
9393 W. 110th Street, Suite 300
Building 51, Corporate Woods
Overland Park, KS 66210
*Attorneys for Defendants*
*Newton County, Missouri, Barnett, Lee, Renner and White*

/s/John Anthony Picerno
*Attorney for Plaintiffs*
